**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 379 EAL 2020

Respondent    :

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

v.    :

JOSE TORRES,    :

Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.